[No. 14732–3–I.  Division Three.  August 27, 1986.]

OTTO HOENIG, ET AL, *Respondents,* v. ROBERT
W. RYAN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 82–2–16129–2, Frank J. Eberharter, J., entered April 17, 1984. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and Thompson, JJ.

[Nos. 14371–9–I; 14388–3–I.  Division Three.  August 27, 1986.]

SHERYL SINGLETON, *Plaintiff,* v. PATRICIA FROST,
*as Executrix,* ET AL, *Respondents,* ALLEN
J. SHONTZ, ET AL, *Appellants.*

Appeals from a judgment of the Superior Court for Snohomish County, No. 81–2–04311–7, Paul D. Hansen, J., entered February 2, 1984. *Affirmed in part* and *reversed in part* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and Munson, J.

[No. 15305–6–I.  Division Three.  August 27, 1986.]

ROGER ADAMS, *Appellant,* v. NANCY LARIVIERE,
*Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 84–3–00277–8, Jack S. Kurtz, J., entered July 30, 1984. *Affirmed* by unpublished per curiam opinion.

[No. 14952–1–I.  Division Three.  August 27, 1986.]

*In the Matter of the Marriage of* CAROLE PELTON,
*Respondent, and* BRUCE PELTON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–3–02561–7, James D. McCutcheon, Jr., J., entered June 1, 1984. *Affirmed* by unpublished per curiam opinion.